| | |
|---|---|
| David A. Tashroudian (SBN 266718)<br>david@tashlawgroup.com<br>TASHROUDIAN LAW GROUP, APC<br>5900 Canoga Ave., Suite 250<br>Woodland Hills, California 91367<br>Telephone: (818) 561-7381<br><br>Ricardo J. Prieto (PHV)<br>rprieto@eeoc.net<br>SHELLIST | LAZARZ | SLOBIN LLP<br>11 Greenway Plaza, Suite 1515<br>Houston, Texas 77046<br>Melinda Arbuckle (SBN 302723)<br>marbuckle@eeoc.net<br>SHELLIST | LAZARZ | SLOBIN LLP<br>402 West Broadway, Suite 400<br>San Diego, California 92101<br>Telephone: (713) 621-2277<br><br>Don Foty (PHV)<br>dfoty@hftrialfirm.com<br>HODGES & FOTY, LLP<br>4409 Montrose Blvd, Suite 200<br>Houston, Texas 77006<br>Telephone: (713) 523-0001<br><br>*Counsel for Plaintiff and Putative Class Members* | JOHN K. LY (SBN 247477)<br>Email: jly@lianglyllp.com<br>LIANG LY LLP<br>601 South Figueroa Street<br>Suite 1950<br>Los Angeles, California 90017<br>Telephone:  (213) 262-8000<br>Facsimile:   (213) 335-7776<br><br>BARBARA L. EMERSON (SBN 105620)<br>Email: bemerson@bellingersuberg.com<br>BELLINGER & SUBERG, L.L.P.<br>12221 Merit Drive, Suite 1750<br>Dallas, Texas 75251<br>Telephone: (214) 954-9540<br>Facsimile: (214) 954-9541<br>*Counsel for Defendant Quality Assurance Adjusting Services, Inc.* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| CARA JENSEN, on Behalf of Herself and on Behalf of All Others Similarly Situated<br><br>    Plaintiff,<br><br>    v.<br><br>QUALITY ASSURANCE ADJUSTING SERVICES, INC.,<br><br>    Defendant. | CASE NO. 2:20-cv-07140-MCS-PJW<br><br>*Assigned for all purposes to the Hon. Marc C. Scarsi, Ctrm. 7C*<br><br>**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)** |

# STIPULATION

Defendant Quality Assurance Adjusting Services, Inc. ("Defendant") and Plaintiff Cara Jensen, on Behalf of Herself and on Behalf of All Others Similarly Situated ("Plaintiff"), by and through their counsel, hereby stipulate to the following:

*WHEREAS*, on August 8, 2020, Plaintiff filed a lawsuit against Defendant in this Court alleging (1) a collective action for failure to pay overtime under the Fair Labor Standards Act ("FLSA"); (2) a Rule 23 class action for violations of the California Labor Code. As to the FLSA collective action, the proposed class is defined as "[a]ll individuals who are or have been employed by Defendant as Property Damages Appraisers in the United States within three years prior to this action's filing date through the present." As to the California Rule 23 class, it consists of "[a]ll individuals who are or have been employed by Defendant as Property Damages Appraisers in California within four years prior to this action's filing date through the present."

*WHEREAS*, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff and Defendant, by and through their respective undersigned counsel, stipulate to the dismissal of Plaintiff's claims as an individual *with prejudice* in light of the parties' settlement of her claims.

*WHEREAS*, pursuant to Rule 41(a)(1)(A), Plaintiff and Defendant, by and through their respective undersigned counsel, stipulate to the voluntary dismissal of the above-captioned action including all causes of action, allegations, and prayers for relief, *without prejudice* as to all putative members of the Proposed Class in both the FSLA collective action and the Rule 23 class action.

*WHEREAS*, no class or collective action has been certified and the matter is being dismissed as to all parties, the parties' request that this Action be terminated.

*WHEREAS*, as the putative class allegations are being dismissed without prejudice, the rights of the unnamed members of the proposed class or collective action are unaffected.

IT IS SO STIPULATED.

DATED: November 11, 2021    Respectfully Submitted,
LIANG LY LLP

By: */s/ John K. Ly*
John K. Ly
*Local Counsel for Defendant Quality Assurance Adjusting Services, Inc.*

DATED: November 11, 2021    Respectfully Submitted,
SHELLIST | LAZARZ | SLOBIN LLP

By: */s/ Ricardo J. Prieto*
Ricardo J. Prieto
*Counsel for Plaintiff Cara Jensen, on Behalf of Herself and on Behalf of All Others Similarly Situated*